AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ROY A. O'GUINN,

      Petitioner,    JUDGMENT IN A CIVIL CASE
  V.

                      CASE NUMBER: **3:04-CV-00723-RLH-VPC**

NEVADA DIRECTOR OF PRISONS, et al.,

      Respondents.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the second amended petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY. IT IS FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

  8/4/2011                                              **LANCE S. WILSON**
                                                                                         Clerk

                                                                                         /s/ P. McDonald
                                                                                      Deputy Clerk